UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| WILLIAM NEWBROUGH § § | |
| v. § § | CIVIL ACTION NO. 7:17-cv-143-RAJ |
| ANCHOR RISK MANAGEMENT, CENTRAL FREIGHT LINES, INC., SMOKER'S OUTLET, INC. AND REPUBLIC UNDERWRITERS INSURANCE COMPANY § § § § | |

## NOTICE OF CONSENT TO REMOVAL

Defendant, **REPUBLIC UNDERWRITERS INSURANCE COMPANY**, hereby consents to the Notice of Removal filed by Anchor Risk Management (ECF No. 1) removing this action from Ector County district Court, 358th Judicial District, styled *William Newbrough v. Anchor Risk Management, Central Freight Lines, Inc., Smoker's Outlet, Inc., and Republic Underwriters Insurance Company*; Cause No. D-16-05-0545-CV.

Respectfully submitted,

**WALTERS, BALIDO & CRAIN, LLP**

By: */s/ Jerry L. Ewing*
 JERRY L. EWING – 06755470
 Meadow Park Tower, Suite 1500
 10440 N. Central Expressway
 Dallas, Texas 75231
 (214) 749-4805
 (214) 760-1670 - Facsimile
 ewingvfax@wbclawfirm.com

**ATTORNEYS FOR REPUBLIC UNDERWRITERS INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of July 2017 a true and correct copy of the foregoing was served upon all counsel of record in accordance with the TEXAS RULES OF CIVIL PROCEDURE.

 */s/ Jerry L. Ewing*
 JERRY L. EWING