UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT FOR TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **WILLIAM NEWBROUGH** | * | |
| | * | |
| | * | |
| VS. | * | CIVIL ACTION NO. |
| | * | |
| | * | 7:17-CV-143 |
| **ANCHOR RISK MANAGEMENT;** | * | |
| **CENTRAL FREIGHT LINES, INC.;** | * | |
| **SMOKERS OUTLET, INC.; AND** | * | |
| **REPUBLIC UNDERWRITERS** | * | |
| **INSURANCE CO.** | * | |

**PLAINTIFF'S RESPONSE TO DEFENDANT REPUBLIC'S MOTION TO DISMISS**

Now comes Plaintiff and files this his Response to Defendant Republic's Motion to Dismiss and would respectfully show the Court as follows:

1. This case has been removed from Texas State District Court. Plaintiff's state court pleading is his live pleading in this case. It has never been amended to comply with Federal Rules.

2. Plaintiff has filed a Motion to Remand, which has not yet been ruled upon.

3. Plaintiff requests the Court grant him ten (10) days to amend his Complaint in order to make his Complaint (a) conform with Federal pleading rules and to (b) satisfy and remedy the complaints made in the Defendant's 12(b) motion.

4. In the alternative, Plaintiff contends that the factual assertions contained in the live pleading are sufficient to state claims against Republic for Fraud, Conspiracy to Commit Fraud, Fraudulent Inducement, Rescission of a contract, enforcement of a contract, a suit to impose the lien asserted by the co-Defendants, for claims under §541 of the Texas Ins. Code, and for a

declaratory judgment pursuant to Texas Civ. Prac. & Rem. Code §140. Defendant's Motion does not appear to attack the contractual claims or the declaratory judgment claim. Regardless, there are facts sufficient to state claims against Republic contained in the State Court Petition and the Motion should be denied. The allegations include emails from Republic's adjuster, which were attached to the live petition as attachments pursuant to Texas Rule of Civil Procedure, Rule 59.

5. Wherefore premises considered Plaintiff moves this Court grant Plaintiff the relief requested above and for any further relief to which he may show himself entitled.

Respectfully submitted,

LAW OFFICES OF MILLER & BICKLEIN
8207 Callaghan Road, Suite 250
San Antonio, Texas 78230
(210) 366-2400
(210) 366-4791 fax


By: /s/ KEVIN B. MILLER
KEVIN B. MILLER
STATE BAR NO. 14094500

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, I hereby certify that the Motion for Leave to Amend was served on all counsel of record on this the 24th day of August, 2017 via CM/ECF upon:

/s/ KEVIN B. MILLER
KEVIN B. MILLER

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT FOR TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| WILLIAM NEWBROUGH | * |
| | * |
| | * |
| VS. | *   CIVIL ACTION NO. |
| | * |
| | *   7:17-CV-143 |
| ANCHOR RISK MANAGEMENT; | * |
| CENTRAL FREIGHT LINES, INC.; | * |
| SMOKERS OUTLET, INC.; AND | * |
| REPUBLIC UNDERWRITERS | * |
| INSURANCE CO. | * |

**ORDER ON MOTION TO DISMISS**

Came on to be heard on this the ___ day of _____, 2017, the Defendant's Motion to Dismiss. The Court finds that same should be DENIED.

IT IS ORDERED that Plaintiff has leave to amend his complaint within 10 days of this order.

Signed and entered the ___ day of _____, 2017.

_____
JUDGE PRESIDING

3