IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| WILLIAM NEWBROUGH, *Plaintiff*, | § § § | |
| v. | § | No. MO:17-CV-00143-RAJ |
| ANCHOR RISK MANAGEMENT, CENTRAL FREIGHT LINES, INC., SMOKER'S OUTLET INCORPORATED, and REPUBLIC UNDERWRITERS INSURANCE COMPANY, *Defendants*. | § § § § § § § | |

## FINAL JUDGMENT

On this day, the Court granted in part Plaintiff William Newbrough's ("Plaintiff") Motion to Remand and dismissed Plaintiff's breach of fiduciary duty claims against Defendants Anchor Risk Management and Central Freight Lines, Inc. as preempted under the Employee Retirement Income Security Act of 1974 as amended ("ERISA"), 29 U.S.C. § 1001, *et seq*. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Plaintiff's state law claims for breach of fiduciary duty against Defendants Anchor Risk Management and Central Freight Lines, Inc. are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that Plaintiff's Motion to Remand is **GRANTED** in part (Doc. 17) and Plaintiff's remaining state law claims are remanded to the 358th District Court of Ector County, Texas.

It is further **ORDERED** that all pending motions are **DENIED** as moot.

It is finally **ORDERED** that the Clerk of the Court **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 10 day of January 2018.

ROBERT A. JUNELL
Senior United States District Judge

1